UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ABRA MCFIELD,

                         Plaintiff,

          - against -

CENTER FOR HAIR RESTORATION LLC,

                         Defendant.

26-cv-178 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

The plaintiff had ninety days from filing the complaint to serve the summons and complaint on the defendant. Fed. R. Civ. P. 4(m). The plaintiff has failed to serve the summons and complaint. The time to serve is extended until **May 8, 2026.** If service is not made by May 8, 2026, the case may be dismissed without prejudice for failure to prosecute.

The Clerk is requested to mail a copy of this order to the plaintiff and note mailing on the docket.

SO ORDERED.

Dated:     New York, New York
           April 8, 2026

                                        John G. Koeltl
                                  United States District Judge